UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| PHILIP COOK | ) |
| | ) |
|       Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO. 2:19-cv-361 |
| | ) |
| NORFOLK SOUTHERN CORPORATION | ) |
| and NORFOLK SOUTHERN RAILWAY | ) |
| COMPANY | ) |
| | ) |
|       Defendants. | ) |

## NOTICE OF REMOVAL

To:    The United States District Court
        Northern District of Indiana
        Hammond Division of Lafayette
        230 N. Fourth St
        Lafayette, IN  47901

Defendants Norfolk Southern Corporation and Norfolk Southern Railway Company, by counsel, hereby give notice to the United States District Court for the Northern District of Indiana, Hammond Division, of the removal of this action from the Jasper Circuit Court, and respectfully show that:

    1.    On August 29, 2019, a civil action was commenced and is now pending in the Jasper Circuit Court, a State Court, in which Philip Cook is the Plaintiff and Norfolk Southern Corporation and Norfolk Southern Railway Company are named Defendants. This action is designated as Cause No. 37C01-1908-CT-000853 in the Jasper Circuit Court.

    2.    Plaintiff's action was commenced by the filing of Plaintiff's Complaint and Summons, copies of which are attached hereto as **Exhibit A**.

3. Plaintiff's Complaint and Summons were properly served via certified mail upon John C. Duffey, the registered agent of Norfolk Southern Corporation and Norfolk Southern Railway Company, Stuart & Branigin, 300 Main Street, Ste. 800, Lafayette, IN 47901 on September 6, 2019. Not more than thirty (30) days have elapsed since the service of process and the Complaint upon Defendants. The filing of this Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b).

4. The Plaintiff, Philip Cook, was at the relevant times indicated in its complaint and at the commencement of the present action, a resident and citizen of the state of Indiana.

5. The Defendants, Norfolk Southern Corporation and Norfolk Southern Railway Company, are corporations incorporated under the laws of the Commonwealth of Virginia having their principal places of business in Norfolk, Virginia. Therefore, Norfolk Southern Corporation and Norfolk Southern Railway Company were not citizens of the state of Indiana at the relevant times indicated in Plaintiff's complaint or at the commencement of this action.

6. There is complete diversity of citizenship between the parties. See 28 U.S.C. §§ 1332(a)(1), 1441.

7. Plaintiff's complaint is for negligence and personal injuries. Plaintiff alleged that he was struck by a train while waking on the railroad track and sustained serious injuries to multiple body parts. Plaintiff seeks to recover from Norfolk Southern Corporation and Norfolk Southern Railway Company compensatory damages, costs, and all other relieves. Upon information and belief, the matter in controversy in this matter, at the time of the commencement of this action and at the present time, exceeds the sum or value of Seventy-Five Thousand Dollars ($75,000.00), exclusive of interest and costs.

8. Therefore, Norfolk Southern Corporation and Norfolk Southern Railway Company state that the amount in controversy, exclusive of interest and costs, is in excess of $75,000 – 28 U.S.C. § 1332(a).

9. Venue is proper in this Court because the accident in question occurred in this District and Division.

10. This action is a civil action originally commenced in State Court.  The United States District Court for the Northern District of Indiana, Hammond Division, has original subject matter jurisdiction due to the complete diversity of citizenship of the adverse parties and the amount in controversy.  28 U.S.C. § 1332.

WHEREFORE, Norfolk Southern Corporation and Norfolk Southern Railway Company, give notice that this cause will proceed in the United States District Court for the Northern District of Indiana, Hammond Division, as an action properly removed thereto.

Respectfully submitted,

/s/ John C. Duffey
John C. Duffey (Atty. No.  4756-79)
Miao Cheng (Atty. No. 34539-53)
STUART & BRANIGIN LLP
300 Main Street, Suite 900
P. O. Box 1010
Lafayette, Indiana   47902-1010
Telephone: (765) 423-1561
Facsimile:  (765) 742-8175
jcd@stuartlaw.com
mic@stuartlaw.com
*Attorneys for Norfolk Southern Corporation and Norfolk Southern Railway Company.*

## **CERTIFICATE OF SERVICE**

I certify that on the 24th day of September 2019, service of a true and complete copy of the above and foregoing pleading or paper was made upon:

Benjamen W. Murphy
426 N. Broad Street
Griffith, IN 46319
*Attorney for Plaintiff*

by federal express.

/s/ John C. Duffey
John C. Duffey

1243151.1